### TOWN OF EAST HARTFORD *v.* RUTH E. COOK
### (6412)

SPALLONE, DALY and FOTI, Js.

Argued November 9—decision released December 5, 1988

*Ruth E. Cook,* pro se, the appellant (defendant).

*David J. Wenc,* assistant corporation counsel, with whom, on the brief, was *Jose R. Ramirez,* assistant corporation counsel, for the appellee (plaintiff).

PER CURIAM. The defendant has attacked the factual findings and the legal conclusions of the trial court. Our review of the record indicates no basis to support her averments of error. Practice Book § 4061.

There is no error.